AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**WAIVER OF INDICTMENT**

**V.**

Abundio Flores-Naranjo

**CASE NUMBER:** 08CR1843-JM

**I,** Abundio Flores-Naranjo**, the above named defendant, who is accused of Title** 18**, U.S.C., Sec.** 1001 - False Statement to a Federal Officer (Felony)

**being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open**

**court on** 6/5/08 **prosecution by indictment and consent that the proceeding**
Date
**may be by information rather than by indictment.**

[signature] Abundio Flores Naranjo
**Defendant**

[signature]
**Counsel for Defendant**

**Before** [signature]
**JUDICIAL OFFICER**